UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

BOGARD, MCGRATH, JANE DOE,  )
BECCA SCHMILL FOUNDATION,  )
*Individually and on behalf of all*  )
*Others similarly situated,*  )
  )
                   Plaintiffs,  )
  )
v.  )   CASE No. 3:23-cv-00012-RLY-MPB
  )
TIKTOK INC., BYTEDANCE INC.,  )   JURY TRIAL DEMANDED
ALPHABET INC.,  )
XXVI HOLDINGS INC., GOOGLE LLC,  )
YOUTUBE LLC,  )
  )
                   Defendants.  )
  )

> Marginal Entry on Joint Stipulation to Stay (Dkt. No. 24). The Joint Stipulation is Denied with leave to renew once the Motion to Transfer is filed.
>
> *Matthew P. Brookman*
> Matthew P. Brookman
> United States Magistrate Judge
> Southern District of Indiana
>
> Date: 3/28/2023

**JOINT STIPULATION TO STAY PRETRIAL PROCEEDINGS PENDING RESOLUTION OF DEFENDANTS' FORTHCOMING MOTION TO TRANSFER**

Defendants TikTok Inc., ByteDance Inc., Alphabet Inc., XXVI Holdings Inc., Google LLC, and YouTube, LLC, together with Plaintiffs Bogard, McGrath, Jane Doe, and Becca Schmill Foundation (collectively, "Parties") stipulate to staying pretrial proceedings in this matter pending resolution of the Defendants' forthcoming motion(s) to transfer this case to the Northern District of California pursuant to 28 U.S.C. §§ 1404(a) or 1406(a), or alternatively to dismiss for lack of personal jurisdiction under Rule 12(b)(2) of the Federal Rules of Civil Procedure ("Motion to Transfer"), and jointly request that the Court enters an Order to that effect. In the event the Court denies Defendants' Motion to Transfer, the Parties stipulate that Defendants' new deadline to respond to Plaintiffs' Complaint will be 30 days from the Court's order resolving the Motion to Transfer. In support of this stipulation, the Parties state:

    1.       Plaintiffs filed their putative class action on February 1, 2023.