UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JOANN BOGARD et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:23-cv-00012-RLY-MJD |
| | ) | |
| TIKTOK INC. et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY DENYING PARTIES' JOINT MOTION FOR SCHEDULING ORDER**

In this putative class action, the parties represent that Defendants need more time to file motions to transfer and motions to dismiss under Rule 12(b)(6). Specifically, the parties request the court stay the Defendants' time to respond to the complaint until 30 days following the court's ruling on Defendants' upcoming motions to transfer. Defendants further request the court order the motions to transfer be filed by April 10, 2023, any opposition to those motions be filed by May 10, 2023, and replies be filed by June 1, 2023. The Defendants anticipate raising their 12(b)(6) defenses only after the court makes a ruling on the motions to transfer. The court **DENIES** those requests (Filing No. 35). However, Defendants shall have through **May 22, 2023**, to file a responsive pleading, or move to dismiss the complaint. Defendants shall retain the ability to file a motion to transfer at any time.

**IT IS SO ORDERED** this 5th day of April 2023.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

1

2

Distributed Electronically to Registered Counsels of Record.