UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| JOANN BOGARD, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:23-cv-00012-RLY-MJD |
| | ) | |
| TIKTOK INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the parties' Joint Motion for a Revised Briefing Schedule for Defendants' Motion to Dismiss Plaintiffs' Complaint. [Dkt. 52.]  The Court, being duly advised, hereby **GRANTS** the motion. Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Complaint shall be filed on or before **June 26, 2023**, and Defendants' Reply in Support of their Motion to Dismiss Plaintiffs' Complaint shall be filed on or before **July 24, 2023**. **No further enlargement of these deadlines will be granted.**

SO ORDERED.

Dated:  2 JUN 2023

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.